Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice* to be filed)
Lauren Abendshien (*pro hac vice* to be filed)
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
labendshien@goldmanismail.com

(Additional counsel listed in signature block)

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> KOSS CORPORATION, <br><br> Defendant. | Case No. 5:20-cv-05504 <br><br> **PLAINTIFF APPLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL LOCAL RULE 3-15)** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. Apple states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED:  August 7, 2020                              Respectfully submitted,

                                                     */s/ Michael T. Pieja*
                                                    Michael T. Pieja (CA Bar No. 250351)
                                                    Alan E. Littmann (*pro hac vice* to be filed)
                                                    Lauren Abendshien (*pro hac vice* to be filed)
                                                    GOLDMAN ISMAIL TOMASELLI
                                                      BRENNAN & BAUM LLP
                                                    200 South Wacker Dr., 22nd Floor
                                                    Chicago, IL 60606
                                                    Tel: (312) 681-6000

Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
labendshien@goldmanismail.com

Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974
kbaum@goldmanismail.com

*Attorneys for Plaintiff Apple Inc.*

## PROOF OF SERVICE

The undersigned hereby certifies that a true and correct copy of **PLAINTIFF APPLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL LOCAL RULE 3-15)** has been served on August 7, 2020, to all counsel of record who are deemed to have consented to electronic service.

*/s/ Michael T. Pieja*
Michael T. Pieja (CA Bar No. 250351)
