Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice* to be filed)
Lauren Abendshien (*pro hac vice* to be filed)
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
labendshien@goldmanismail.com

(Additional counsel listed in signature block)

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> KOSS CORPORATION, <br><br> Defendant. | **Case No. 5:20-cv-05504** <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR DEFEDANT APPLE INC.** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Michael T. Pieja, of Goldman Ismail Tomaselli Brennan & Baum LLP, a member of the State Bar of California (SBN 250351) and admitted to practice in this Court, hereby appears on behalf of Plaintiff Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. His address, telephone, facsimile, and email are as follows:

> Michael T. Pieja
> GOLDMAN ISMAIL TOMASELLI
>   BRENNAN & BAUM LLP
> 200 South Wacker Dr., 22nd Floor
> Chicago, IL 60606
> Tel: (312) 681-6000
> Fax: (312) 881-5191
> mpieja@goldmanismail.com

DATED:  August 7, 2020                                    Respectfully submitted,

  /s/ Michael T. Pieja
Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice* to be filed)
Lauren Abendshien (*pro hac vice* to be filed)
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
labendshien@goldmanismail.com

Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974
kbaum@goldmanismail.com

*Attorneys for Plaintiff Apple Inc.*

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF APPLE INC.** has been served on August 7, 2020, to all counsel of record who are deemed to have consented to electronic service.

/s/ Michael T. Pieja
Michael T. Pieja (CA Bar No. 250351)