Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974
kbaum@goldmanismail.com

(Additional counsel listed in signature block)

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | **Case No. 5:20-cv-05504** |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.** |
| v. | |
| KOSS CORPORATION, | |
| Defendant. | |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Kenneth Baum, Goldman Ismail Tomaselli Brennan & Baum LLP, a member of the State Bar of California (SBN 250719) and admitted to practice in this Court, hereby appears on behalf of Plaintiff Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. His address, telephone, facsimile, and email are as follows:

>   Kenneth Baum
>   GOLDMAN ISMAIL TOMASELLI
>     BRENNAN & BAUM LLP
>   429 Santa Monica Boulevard, Suite 710
>   Santa Monica, CA 90401
>   Tel: (310) 576-6900
>   Fax: (310) 382-9974
>   kbaum@goldmanismail.com

DATED:  August 7, 2020                    Respectfully submitted,


                                           /s/ Kenneth Baum
                                          Kenneth Baum (CA Bar No. 250719)
                                          GOLDMAN ISMAIL TOMASELLI
                                            BRENNAN & BAUM LLP
                                          429 Santa Monica Boulevard, Suite 710
                                          Santa Monica, CA 90401
                                          Tel: (310) 576-6900
                                          Fax: (310) 382-9974
                                          kbaum@goldmanismail.com

                                          Michael T. Pieja (CA Bar No. 250351)
                                          Alan E. Littmann (*pro hac vice* to be filed)
                                          Lauren Abendshien (*pro hac vice* to be filed)
                                          GOLDMAN ISMAIL TOMASELLI
                                            BRENNAN & BAUM LLP
                                          200 South Wacker Dr., 22nd Floor
                                          Chicago, IL 60606
                                          Tel: (312) 681-6000
                                          Fax: (312) 881-5191
                                          mpieja@goldmanismail.com
                                          alittmann@goldmanismail.com
                                          labendshien@goldmanismail.com

                                          *Attorneys for Plaintiff Apple Inc.*

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF APPLE INC.** has been served on August 7, 2020, to all counsel of record who are deemed to have consented to electronic service.

*/s/ Kenneth Baum*
Kenneth Baum (CA Bar No. 250719)