# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Apple Inc. <br><br> Plaintiff(s), <br><br> v. <br><br> Koss Corporation <br><br> Defendant(s). | Case No: 5:20-cv-05504 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Lauren Abendshien, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Kenneth Baum, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Goldman Ismail Tomaselli Brennan & Baum LLP <br> 200 South Wacker Dr., 22nd Floor, Chicago, IL 60606 | Goldman Ismail Tomaselli Brennan & Baum LLP <br> 429 Santa Monica Boulevard, Suite 710, Santa Monica, CA 90401 |
| MY TELEPHONE # OF RECORD: <br> (312) 681-6000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (310) 576-6900 |
| MY EMAIL ADDRESS OF RECORD: <br> labendshien@goldmanismail.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> kbaum@goldmanismail.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6308445.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/07/20

Lauren Abendshien
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lauren Abendshien is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                                 *October 2012*