UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br>           Plaintiff, <br>   v. <br> KOSS CORPORATION, <br>           Defendant. | Case No.  20-cv-05504-SVK <br><br> **ORDER OF RECUSAL** |

    This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: August 10, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge