AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| APPLE INC.<br><br>*Plaintiff(s)*<br>v.<br>KOSS CORPORATION<br><br>*Defendant(s)* | Civil Action No. 3:20-cv-05504-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KOSS CORPORATION
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael T. Pieja, mpieja@goldmanismail.com
Goldman Ismail Tomaselli Brennan & Baum LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel:  (312) 681-6000
Fax:  (312) 881-5191

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  8/10/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-05504

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATE DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

Apple, Inc.,

    Plaintiff(s),

vs.

Koss Corporation.

    Defendant(s).

Case No.: 3:20 CV 5504 SK

**AFFIDAVIT OF SERVICE**

I, __DENORRIS BRITT__, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within **Summons in a Civil Action; Complaint; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing order for Magistrate Judge Sallie Kim; Standing order for Patent Cases Magistrate Judge Sallie Kim; Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement; Joint Case Statement & {Proposed} Order; EFC Registration Information** to **Koss Corporation c/o Corporation Trust Co.**, located at **Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801** resulting in the following:

[XX] **AUTHORIZED SERVICE:** By leaving a copy of the Summons in a Civil Action; Complaint; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing order for Magistrate Judge Sallie Kim; Standing order for Patent Cases Magistrate Judge Sallie Kim; Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement; Joint Case Statement & {Proposed} Order; EFC Registration Information with:

NAME __AMY MCLAREN__

TITLE __MANAGING AGENT__ an individual of the company willing and able to accept on behalf of the entity/respondent/witness on:

the __11__ day of __AUGUST__, 20__20__ at __2:45p__. M

[ ] **NON-SERVICE** for the following reasons with the DATE and TIME of each attempt listed along with a description of the attempt **(attach a separate sheet if needed)**:

__/__/____ @ _____

__/__/____ @ _____

__/__/____ @ _____

A description of person with whom the documents were left is as follows:

Sex: __F__ Race: __WHITE__ Approx. Age: __40__ Height: __5'5__ Weight: __130__ Hair: __BROWN__

Noticeable Features/Notes _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this __11__ day of __AUGUST__ 20 __20__.

X _____
DENORRIS BRITT
(Print Name)

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

Notary Public