Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
labendshien@goldmanismail.com

(Additional counsel listed in signature block)

*Attorneys for Plaintiff Apple Inc.*

Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Fax: (415) 882-8220

Benjamin E. Weed
benjamin.weed@klgates.com
Gina A. Johnson
gina.johnson@klgates.com
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312-781-7166
Fax: 312-345-1843

*Attorneys for Defendant Koss Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> KOSS CORPORATION, <br><br> Defendant. | Case No. 4:20-cv-05504-JST <br><br> **STIPULATION TO EXTEND DEADLINE FOR APPLE'S OPPOSITION TO KOSS' MOTION TO ENFORCE STAY AND PRELIMINARILY ENJOIN ARBITRATION PURSUANT TO CIVIL LOCAL RULE 6-2** <br><br> JUDGE: Hon. Jon S. Tigar |

Pursuant to Local Rule 6-2, and subject to the Court's approval, the parties hereby stipulate to a one-week extension of Apple's deadline to file its opposition to Koss' Motion to Enforce Stay and Preliminarily Enjoin Arbitration (Dkt. No. 43). The requested extension would move Apple's deadline from December 28, 2020 to January 4, 2021. In support of the requested extension, the parties state as follows:

1. This case is currently stayed pending the outcome of Apple's pending motion to strike in an action involving the same parties before the Western District of Texas (*Koss Corporation v. Apple Inc.*, No. 6:20-cv-00665-ADA) (the "Texas Action").

2. On December 14, 2020, Koss filed its to Enforce Stay and Preliminarily Enjoin Arbitration. (Dkt. No. 43.)

3. Pursuant to Civil L.R. 7-3(a), Apple's Opposition is currently due on December 28, 2020.

4. Apple requests this extension to allow it time to prepare a response and communicate with the relevant Apple personnel given the upcoming holidays.

5. Koss does not oppose the requested extension.

6. There have been two prior time modifications in this case: (1) an agreement to extend the time for Koss to answer the Complaint in this action by fourteen days and (2) an agreement to extend the time for Apple to file a declaration in support of Koss' Motion for Leave to File Under Seal by 7 days. There is currently no schedule set by Court Order in this matter, which is stayed pending the outcome of Apple's pending motion to strike in the Texas Action.

7. This request to extend the deadline is not submitted for the purpose of delay.

8. Therefore, the parties hereby stipulate, subject to the Court's approval, that Defendant Apple Inc. shall have until January 4, 2021 to file its opposition to Koss' Motion to Enforce Stay and Preliminarily Enjoin Arbitration.

Pursuant to Civil L.R. 5-1(i)(3), agreement to file this document was obtained from Benjamin E. Weed, counsel for Koss Corporation, on December 24, 2020.

DATED: December 26, 2020                             Respectfully submitted,


                                                      /s/ Michael T. Pieja
                                                     Michael T. Pieja (CA Bar No. 250351)
                                                     Alan E. Littmann (*pro hac vice*)
                                                     Lauren Abendshien (*pro hac vice*)
                                                     GOLDMAN ISMAIL TOMASELLI
                                                       BRENNAN & BAUM LLP
                                                     200 South Wacker Dr., 22nd Floor
                                                     Chicago, IL 60606
                                                     Tel: (312) 681-6000
                                                     Fax: (312) 881-5191
                                                     mpieja@goldmanismail.com
                                                     alittmann@goldmanismail.com
                                                     labendshien@goldmanismail.com

1
2    Kenneth Baum (CA Bar No. 250719)
     GOLDMAN ISMAIL TOMASELLI
3        BRENNAN & BAUM LLP
     429 Santa Monica Boulevard, Suite 710
4    Santa Monica, CA 90401
     Tel: (310) 576-6900
5    Fax: (310) 382-9974
     kbaum@goldmanismail.com
6
7    *Attorneys for Plaintiff Apple Inc.*

8     /s/ Benjamin E. Weed
     Benjamin E. Weed
9    benjamin.weed@klgates.com
     Gina A. Johnson
10   gina.johnson@klgates.com
     K&L GATES LLP
11   70 W. Madison St., Suite 3100
     Chicago, IL 60602
12   Telephone: 312-781-7166
     Fax: 312-345-1843
13

14   Peter E. Soskin (SBN 280347)
     peter.soskin@klgates.com
15   K&L GATES LLP
     Four Embarcadero Center, Suite 1200
16   San Francisco, CA 94111
     Telephone: (415) 882-8200
17   Fax: (415) 882-8220
18

19   *Attorneys for Defendant Koss Corporation*

20

21   PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23   _____     Dated: December 29, 2020
24   United States District Judge

25
26
27
28