Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com

(Additional counsel listed in signature block)

*Attorneys for Plaintiff Apple Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> KOSS CORPORATION, <br><br> Defendant. | Case No. 4:20-cv-05504-JST <br><br> **PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT KOSS CORPORATION'S NOTICE OF ORDER IN RELATED CASE** |

Plaintiff Apple Inc. ("Apple") respectfully submits this response to Defendant Koss Corporation's ("Koss") Notice of Order in Related Case. (Dkt. No. 68.) On November 4, 2020, this Court stayed the above-captioned case while proceedings between the parties continued before the U.S. District Court for the Western District of Texas. (*See* Dkt. No. 39; Ex. A (Tex. Litig. Dkt. Sheet, *Koss Corp. v. Apple Inc.*, No. 6:20-cv-00665-ADA (W.D. Tex.).) When this Court ordered the stay, the parties had already briefed a motion before the Texas court to strike Koss' complaint for violating a confidentiality agreement between the parties. (*See* Dkt. No. 26-7.) Also, at that time, Apple intended to file a motion in the Western District of Texas to transfer the Texas litigation to the Northern District of California. In staying the California case, this Court ordered the parties to "file a notice with this Court within five days of receiving an order from the Western District of Texas in

regards to Apple's motion to strike the complaint as well as any future motion to transfer." (Ex. B, 11/4/2020 Hr'g Tr. at 37:13–17.)

On March 30, 2021, the Texas court denied Apple's motion to strike Koss' complaint. (Dkt. No. 68-1.) While the Texas court did not grant the relief Apple sought, its order noted that "whether Koss's pleadings fall within the terms of the parties' agreement is better resolved at trial or a summary judgment hearing." (*Id.* at 7.)

In addition, after the California case was stayed, Apple moved to transfer the Texas litigation to the Northern District of California. (Ex. A at Dkt. No. 34.) That motion has since been fully briefed and remains pending in the Western District of Texas. (*Id.* at Dkt. Nos. 50–53, 56.) The Texas court has stated its intent to address transfer motions prior to a scheduled *Markman* hearing or else to move the *Markman* hearing. (Ex. C (Standing Order Regarding Motion for Inter-District Transfer (W.D. Tex., Waco Div. March 23, 2021)).) A *Markman* hearing is scheduled in the Texas litigation on April 23, 2021. (*See* Ex. A at Dkt. No. 58.)

As the Texas court has found that the parties' breach of contract issues would more appropriately be addressed at summary judgment or trial, and because Apple's motion to transfer the Texas litigation to California remains unresolved, Apple respectfully requests that the above-captioned case remain stayed until Apple's venue motion has been decided. Per this Court's order, the parties will promptly file a notice on this docket within five days of a ruling on Apple's motion to transfer. (Ex. B at 37:13–17.)

DATED:  April 9, 2021                             Respectfully submitted,

                                                 */s/ Michael T. Pieja*
                                                 Michael T. Pieja (CA Bar No. 250351)
                                                 Alan E. Littmann (*pro hac vice*)
                                                 GOLDMAN ISMAIL TOMASELLI
                                                    BRENNAN & BAUM LLP
                                                 200 South Wacker Dr., 22nd Floor
                                                 Chicago, IL 60606
                                                 Tel: (312) 681-6000
                                                 Fax: (312) 881-5191
                                                 mpieja@goldmanismail.com
                                                 alittmann@goldmanismail.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974
kbaum@goldmanismail.com

*Attorneys for Plaintiff Apple Inc.*

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT KOSS CORPORATION'S NOTICE OF ORDER IN RELATED CASE** has been served on April 9, 2021, to all counsel of record who are deemed to have consented to electronic service.

*/s/ Michael T. Pieja*
Michael T. Pieja (CA Bar No. 250351)